

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00092-CV

## IN THE INTEREST OF I.D.C.,
## A CHILD

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. CV315-17**

## O R D E R

The Court's Memorandum Opinion and Judgment in this case were issued on November 28, 2018. We affirmed the trial court's judgment terminating Appellant's parental rights to I.D.C. Appellant then filed a motion to alter or amend judgment and a motion to amend or supplement his motion to alter or amend judgment. We granted Appellant's motion to supplement and denied his motion to alter or amend judgment that we construed as a motion for rehearing under Rule 49.1 of the Rules of Appellate Procedure. TEX. R. APP. P. 49.1.

Appellant has now filed a document he entitles "Objection." It is unclear what relief Appellant seeks other than a reversal of our opinion in this case, which request we will deny.

Appellant also appears to reiterate his request to have a criminal conviction overturned and a judgment in a separate termination proceeding reversed. We also deny this request.

Appellant's remedy from an unfavorable judgment in this Court is to file a petition for review with the Texas Supreme Court.

We deny Appellant's motion entitled "Objection."


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion denied
Order issued and filed March 6, 2019

